# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FLORIDA GAS TRANSMISSION
COMPANY, LLC

VERSUS

TEXAS BRINE COMPANY, LLC

NO.  2020 CW 1178

**JANUARY 29, 2021**

---

In Re:  Occidental Chemical Corporation, OXY USA, Inc., and Occidental Petroleum Corporation, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 34316.

---

**BEFORE:  THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED.** A valid arbitration agreement exists between Occidental Chemical Corporation and Texas Brine Company, LLC which gives the arbitration panel the authority to determine which matters are arbitrable, including claims in tort. See **Pontchartrain v. Texas Brine**, 2018-1249 (La. App. 1st Cir. 12/30/20), -- So.3d --, 2020 WL 770465, and **Florida Gas Transmission Company, LLC v. Texas Brine, LLC**, 2018-0075 c/w **Pontchartrain Natural Gas System, k/d/s Promix, LLC and Acadian Gas Pipeline System v. Texas Brine Company, LLC**, 2018-0241, c/w **Crosstex Energy Services, LP; Crosstex LIG, LLC; and Crosstex Processing Services, LLC v. Texas Brine Company, LLC**, 2018-0796 (La. App. 1st Cir. 7/1/19), 285 So.3d 1093, 1097 and 1099, writ denied, 2019-01124 (La. 7/17/19), 277 So.3d 1180, writ denied, 2019-01405 (La. 11/12/19), 282 So.3d 225. Therefore, to the extent the trial court's October 22, 2020 judgment sought to maintain jurisdiction over claims in tort between the arbitrating parties, the trial court was in error. Accordingly, this writ application is granted. The October 22, 2020 judgment maintaining jurisdiction of tort claims between the arbitrating parties with the trial court is reversed, and Texas Brine Company, LLC's motion for partial summary judgment regarding the non-arbitrability of tort claims is denied.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT